JAMES J. YUKEVICH (SBN 159896)
  JYukevich@yukelaw.com
TODD A. CAVANAUGH (SBN 196098)
  TCavanaugh@yukelaw.com
RAYMOND H. HUA (SBN 222466)
  RHua@yukelaw.com
JOO O. CHA (SBN 255119)
  JCha@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
601 S. Figueroa Street, 38th Floor
Los Angeles, CA  90017
Telephone:  (213) 362-7777
Facsimile:  (213) 362-7788

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LEOVIGILDA VARGAS, as Representative of Decedent LEOPOLDO LOPEZ's estate; and LEOVIGILDA VARGAS, As Heir and Successor In Interest;<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 500, Inclusive,<br><br>Defendants. | CASE NO. EDCV09-01352-JRG(SSx)<br><br>[PROPOSED] ORDER DISMISSING THE ENTIRE ACTION, INCLUDING DISMISSAL OF DEFENDANT FORD MOTOR COMPANY, WITH PREJUDICE<br><br>Assigned to Hon. Joseph R. Goodwin, Dept. 1<br><br>Discovery Magistrate: Hon. Suzanne H. Segal, Dept. 23<br><br>Action Filed: March 4, 2009<br>Trial Date:   February 8, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the stipulation of the parties and their settlement of the above-referenced matter, the Court hereby Orders, pursuant to

1  Federal Rules of Civil Procedure, Rule 41(a)(2), that the entire above-captioned
2  matter be dismissed with prejudice.  This Order includes the dismissal, with
3  prejudice, of Defendant Ford Motor Company.
4      IT IS SO ORDERED.

7  DATED: Nov 12, 2010

_____
Honorable Joseph R. Goodwin

YUKEVICH CALFO & CAVANAUGH
601 S. Figueroa Street, 38th Floor
Los Angeles, California 90017
Telephone (213) 362-7777